# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00629-CV

**Kappa Alpha Order, Inc.; Omicron Chapter of Kappa Alpha Order;
The Alumni Receivership Committee for the Omicron Chapter of Kappa Alpha Order;
and H. Robert Hohenberger, Jr., Appellants**

v.

**UT Texas Omicron, Inc.; and UT Texas Omicron Educational Corporation, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-11-002936, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Counsel for appellants and appellees have filed a joint status report in this abated appeal requesting that we continue the abatement of this appeal until December 1, 2014 while the parties finalize a settlement agreement. We grant the request and abate the appeal until December 1, 2014. All appellate deadlines will be tolled during the period of abatement. The parties shall submit either a motion to reinstate or a joint status report concerning the status of settlement negotiations no later than December 1, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin

Abated

Filed: September 4, 2014